CLIFTON POWER CORPORATION, Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION, Respondent

No. 01–1139.

United States Court of Appeals, District of Columbia Circuit.

Aug. 27, 2002.

Before: GINSBURG, Chief Judge, and ROGERS and GARLAND, Circuit Judges.

*ORDER*

PER CURIAM.

Upon consideration of petitioner's petition for rehearing filed August 12, 2002, it is

ORDERED that the petition be denied. There is no conflict between the decision in this case and the decision in *32 County Sovereignty Committee v. Department of State*, 292 F.3d 797 (2002). The court had jurisdiction in *32 County Sovereignty* based upon its determination that a request to reopen the administrative record under 8 U.S.C. § 1189, "a statute that is 'unique, procedurally and substantively,'" 292 F.3d at 799, is in effect a request for a new rulemaking. That determination is inapplicable to this case.